Harriet Morris, Respondent, v. Mary Kaskowitz, Appellant. Stephen A. G. Morris, Respondent, v. Mary Kaskowitz, Appellant.—

In our opinion, on the issue of defendant's negligence the decision of the trial court is against the weight of the evidence. Close, P. J., Carswell, Adel and Taylor, JJ., concur; Johnston, J., dissents and votes to affirm.